David Abrams, Attorney at Law (DA-8126)
299 Broadway, Suite 1700
New York, New York 10007
Tel. 212-897-5821 Fax 212-897-5811

United States District Court
Eastern District of New York

_____

|  |  |  |
|---|---|---|
| Carlos Rosario, | ) | |
| Plaintiff, | ) | |
| - against - | ) | No. 09 cv 5336 (JBD) (MDG) |
| Hilton Hotels Corporation a/k/a Millenium Hilton, | ) | |
| Defendant. | ) | |

_____

## Amended Complaint

Plaintiff, complaining of the Defendant by his attorney, David Abrams, Attorney at Law, respectfully sets forth and alleges as follows:

**I.      Introduction**

1.      This is an action for discrimination in violation of federal and local civil rights laws.

**II.      Parties**

2.      Plaintiff Carlos Rosario ("Mr. Rosario") is a natural person residing in the State of New York.

3.      Upon information and belief, Defendant Hilton Hotels Corporation a/k/a Millenium Hilton (the "Employer") is a foreign business corporation with a principal place of business in the State of California.

**III. Venue and Jurisdiction**

4. Venue in the Eastern District of New York is appropriate pursuant to 42 U.S.C. Section 2000e-5(f)(3) in that the unlawful practices alleged herein took place in the State of New York.

5. Subject matter jurisdiction over this action exists pursuant to 28 U.S.C. Sections 1331 and 1367 in that claims are made that arise under the laws of the United States, specifically the Title VII of the Civil Rights Act of 1964 and the remaining claims form part of the same case or controversy.

6. Personal jurisdiction exists in that the Employer maintains a continuous and systematic presence in the State of New York.

**IV. Procedural Requirements**

7. Plaintiff filed a timely charge with the Equal Employment Opportunity Commission and received notice dated on or about November 25, 2009 of his right to sue in United States District Court.

**V. Background**

8. At all times relevant to this complaint, upon information and belief, the Employer was in the business of operating hotels.

9. Plaintiff, who is male and over the age of 40, was employed by the Employer until his discharge in July of 2008.

10. Upon information and belief, Plaintiff's membership in protected classes played an unlawful role in the decision to discharge him.

10a. Upon information and belief, Defendant discriminated in setting rates of pay on the basis of sex.

**VI.     Causes of Action and Demand for Relief**

Count One: Violation of Federal Anti-Discrimination Laws

11.     The allegations contained in paragraphs 1 through 10a are incorporated as if restated herein.

12.     The Employer is a covered employer under Title VII of the Civil Rights Act of 1964 in that at all relevant times, it employed 15 or more employees and covered employer under the Age Discrimination in Employment Act in that at all relevant times it employed 20 or more employees.

13.     The Employer's discharge of Plaintiff violated Title VII of the Civil Rights Act of 1964 and/or the Age Discrimination in Employment Act.

Count Two: Violation of the New York City Human Rights Law

14.     The allegations contained in paragraphs 1 through 13 are incorporated as if restated herein.

15.     The Employer is a covered employer under the New York City Human Rights Law in that at all relevant times, it employed 4 or more employees.

16.     The Employer's discharge of Plaintiff and paying him less than female employees constituted unlawful discrimination in violation in violation of the New York City Human Rights Law.

**[continued on next page]**

WHEREFORE Plaintiff demands judgment against the Employer in the amount of back, front and/or other lost pay and benefits, compensatory damages, liquidated and/or punitive damages, together with costs, fees, and such other and further relief as the Court deems just, including any other relief available under the above-referenced statutes.

Respectfully submitted,

/s/ David Abrams

_____

David Abrams (DA-8126)
Attorney for Plaintiff
299 Broadway, Suite 1700
New York, NY 10007
Tel. 212-897-5821
Fax    212-897-5811

Dated: April 7, 2010
New York, New York

## VII.    Demand for Jury Trial

Plaintiff demands a jury trial on all issues so triable.

Respectfully submitted,

/s/ David Abrams

_____

David Abrams (DA-8126)
Attorney for Plaintiff
299 Broadway, Suite 1700
New York, NY 10007
Tel. 212-897-5821

Dated: April 7, 2010
New York, New York