## MINUTE ORDER

**09cv05336 (JBW)  ROSARIO V. HILTON HOTELS CORPORATION**

This order summarizes rulings made at a telephone conference on 5/12/2010 with respect to a motion to compel discovery filed by plaintiff on 4/12/10 (ct. doc. 10). The motion is granted to the following extent:

1(a). Defendant shall provide information, in the form of a verified interrogatory or similarly sworn statement, setting forth: the name, age, gender, salary/compensation history, date of hire, date of termination and reasons for termination (if applicable) of every housekeeping manager working for defendant from 1/1/2005 through the present.

(b). Defendant shall provide, for each of the people identified in (a), any disciplinary memos and records, performance reviews and any application history for this same time period, whether they held the housekeeping managers position throughout this period or not.

2. If any of the thirteen individuals named by Plaintiff in his motion is not included in the foregoing, Defendant shall provide information regarding the dates of employment of each named individual, the job title(s) held and a description of duties performed.

3. If Defendant has applicant logs or any other records of applications for housekeeping managers, Defendant shall provide similar information as in ¶1(a) above for each applicant. If at the time of the application an applicant was an employee of Defendant, Defendant must also provide information specified in in ¶1(b).

4. Defendant shall produce all information and documents to plaintiff by 5/28/2010.

**SO ORDERED.**

Dated:   May 13, 2010
         Brooklyn, New York

_____/s/_____
MARILYN D. GO
UNITED STATES MAGISTRATE JUDGE